PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION
ON 11-4-15 (DATE) FOR MAILING
BMA (STAFF INITIAL) MM (IM INITIAL)

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## _Gainsville_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Morris Lee Moore Jr.,

Inmate # 528326
(Enter full name of Plaintiff)

vs.

CASE NO: 1:15cv 246-MPGRJ
(To be assigned by Clerk)

Greg Drake - Warden,
William Bennett - Captain,
J. Stephenson - L.T.,
L. Uphaus - Officer,

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed1106'15UsDcFlnIPN0106

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Morris L. Moore Jr.
Inmate Number: 528326
Prison or Jail: Prison
Mailing address: Columbia C.I.
216 S.E. Corrections Way
Lake City, Fl. 32025

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Greg Drake
    Official position: Warden
    Employed at: Columbia C.I.
    Mailing address: 216 S.E. Corrections Way
    Lake City, Fl. 32025

(2) Defendant's name: William Bennett
    Official position: Captain
    Employed at: Columbia C.I.
    Mailing address: 216 S.E. Corrections Way
    Lake City, Fl. 32025

(3) Defendant's name: J. Stephenson
    Official position: W/O L.T.
    Employed at: Columbia C.I.
    Mailing address: 216 S.E. Corrections Way
    Lake City, Fl. 32025

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

<u>ADDition to PAGE (2)</u>

Defendants Name: <u>L. Uphaus</u>

Official position: <u>Officer (Grievance coordinator)</u>

Employed At: <u>Columbia C.I.</u>

Mailing Address: <u>Columbia C.I., 216 S.E. Corrections</u>
<u>Way, Lake City, Fl. 32025</u>

-2-

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )          No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): NA
   (b) Defendant(s): NA
2. Name of judge: NA          Case #: NA
3. County and judicial circuit: NA
4. Approximate filing date: NA
5. If not still pending, date of dismissal: NA
6. Reason for dismissal: NA
7. Facts and claims of case: NA

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )          No(✓)

1. Parties to previous action:
   a. Plaintiff(s): NA
   b. Defendant(s): NA
2. District and judicial division: NA
3. Name of judge: NA          Case #: NA
4. Approximate filing date: NA
5. If not still pending, date of dismissal: NA
6. Reason for dismissal: NA

3

    7.    Facts and claims of case: __NA__

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

    Yes( )        No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __NA__
   b. Defendant(s): __NA__
2. District and judicial division: __NA__
3. Name of judge: __NA__      Case #: __NA__
4. Approximate filing date: __NA__
5. If not still pending, date of dismissal: __NA__
6. Reason for dismissal: __NA__
7. Facts and claims of case: __NA__

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

    Yes( )        No(✓)

1. Parties to previous action:
   a. Plaintiff(s): __NA__
   b. Defendant(s): __NA__
2. District and judicial division: __NA__
3. Name of judge: __NA__      Case Docket # __NA__
4. Approximate filing date: __NA__      Dismissal date: __NA__
5. Reason for dismissal: __NA__

4

6. Facts and claims of case: __NA__

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On October 4, 2015 the plaintiff was removed from the prison general population and placed in Administrative confinement pending an investigation along with 20 or more prisoners for reasons unknown. A list of prisoners was compiled by officer J. Robinson and these prisoners were to be placed in confinement.

1). Warden Drake is involved in this complaint where he did not inform the plaintiff on the reason why the plaintiff was being placed in confinement, He did not allow the plaintiff the opportunity to present his views on the matter, and did not afford the plaintiff an opportunity to submitt a written statement on his behalf. These actions by Warden Drake give rise to the plaintiffs claim that Mr. Drake violated the plaintiffs constitutional rights to liberty, and due process of law.

2). Captain W. Bennett is involved in this complaint because he was the shift (OIC) on the day the plaintiff was placed in confinement and he is responsible for making sure that the plaintiff is made aware of the reason why he is being placed in confinement, under investigation. Captain Bennett did not afford the plaintiff an opportunity to present his views on the matter, nor the opportunity to submitt a written statement. These actions by Captain W. Bennett give rise to the plaintiffs claim that Captain Bennett violated the plaintiffs constitutional rights to liberty, and due process of law.

3). L.T. Stephenson is involved in this complaint where he responded to the plaintiffs informal grievance and in doing so he completely ignored the plaintiffs constitutional rights to liberty, and due process of law. The plaintiff explained in detail how his rights were being violated. These actions by L.T. Stephenson give rise to the plaintiffs claim that L.T. Stephenson violated the constitutional rights of the plaintiff.

5

4). Officer L. Uphaus is involved in this complaint where she responded to the plaintiffs formal grievance and in doing so she completely ignored the plaintiffs constitutional rights to liberty, and due process of law. The plaintiff explained in detail that his constitutional rights to liberty, and due process of law were being violated. These actions by officer L. Uphaus give rise to the plaintiffs claim that officer L. Uphaus violated the constitutional rights of the plaintiff.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

The plaintiff's constitutional rights to liberty, and due process of law have been violated. Mr. Drake has failed as the Warden of Columbia C.I. to explain to the plaintiff the reason why he was being placed in confinement under investigation. He did not afford the plaintiff the opportunity to present his views on the matter, and nor did he afford the plaintiff an opportunity to submit a written statement. The plaintiff has a protected liberty interest in remaining in the general population and the deprivation of this liberty must be accompanied by due process of law. Statement of claims continuation →

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

1) Compensatory damages in the amount of $10,000 dollars from the Defendants each of them, to the plaintiff. 2) Punitive damages in the amount of $10,000 dollars from the Defendants to the plaintiff. 3) That all court cost of this suit be imputed to the Defendants, and such other relief the honor court may deem proper and equitable.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

11/4/15
(Date)

Mervin W. Moore Jr. #528326
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 4th day of November, 20 15.

Mervin W. Moore #528326
(Signature of Plaintiff)

Revised 03/07

7

Statement of Claim - Continuation

2). The plaintiff's constitutional rights to liberty, and due process of law have been violated. Captain Bennett failed as the shift (OIC) to explain to the plaintiff the reason why the plaintiff was being removed from the general population and placed in confinement under investigation. Captain Bennett did not provide the plaintiff the opportunity to present his views on the matter, nor did he afford the plaintiff the opportunity to submit a written statement. The plaintiff has a protected liberty interest in remaining in the general population and the deprivation of this liberty must be accompanied by due process of law.

3). The plaintiff's constitutional rights to liberty, and due process violated. L.T. Stephenson willfully ignored the plaintiff's constitutional rights when he responded to the plaintiff's informal grievance. The response the plaintiff recieved was equivalent to no response at all.

4). The plaintiff's constitutional rights to liberty, and due process have been violated. Officer L. Uphaus is the grievance coordinator and knew or should have known once the plaintiff made it known that his constitutional rights to liberty, and due process were being violated. Instead of addressing the matter, officer uphaus simply ignored the plaintiffs plea for help, and responded totally contrary to the plaintiffs constitutional rights.

// Marvin L. Moore  #528326

MAILED FROM STATE
CORRECTIONAL
INSTITUTION 2015

Clerk, U.S. District Court
401 S.E. First Avenue
Room 243
Gainsville, Fl. 32601-6895

32601689568

Morris T.
DOC #528326
Corrections Way
FL. 32025

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION NOV 2015

Morris L. Moore #528326
Columbia C.I.
216 S.E. Corrections Way
Lake City, Fl. 32025

Clerk, U.S. District Court
401 S.E. First Avenue
Room 243
Gainsville, Fl. 32601-6895

3260166956B



PROVIDED TO COLUMBIA CORRECT.
ON 11-4-15 (DATE)
BMA (STAFF INITIAL)
'ONAL INSTITUTION
:) FOR MAILING
MM (I/M INITIAL)